PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF TEXAS
__WACO__ DIVISION

__DIANE ZAMORA 814993__
Plaintiff's Name and ID Number

__HOBBY UNIT__
Place of Confinement

CASE NO. __W-15-CA-365__
(Clerk will assign the number)

v.

__WILLIAM STEPHENS__
Defendant's Name and Address

__DIRECTOR, TEXAS DEPT. OF__
Defendant's Name and Address

__CRIMINAL JUSTICE, CID__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
  A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES ___NO
  B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
     1. Approximate date of filing lawsuit: ~~August 29, 2012~~ 7/13/12
     2. Parties to previous lawsuit:
        Plaintiff(s) DIANE MICHELLE ZAMORA
        Defendant(s) RICK THALER
     3. Court: (If federal, name the district; if state, name the county.) WESTERN DISTRICT, WACO DIVISION
     4. Cause number: W-12-CA-181
     5. Name of judge to whom case was assigned: WALTER S. Smith, JR.
     6. Disposition: (Was the case dismissed, appealed, still pending?) DISMISSED
     7. Approximate date of disposition: August 29, 2012

2

II. PLACE OF PRESENT CONFINEMENT: **HOBBY UNIT**

III. EXHAUSTION OF GRIEVANCE PROCEDURES: **NEW GRIEVANCE IN PROCESS**
Have you exhausted all steps of the institutional grievance procedure? ☒ YES ✓ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

(* I am sending the original because I have no way of making a copy at the moment and the situation is urgent. *)

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: ~~WILLIAM STEPHENS, DIRECTOR, TEXAS DEPT. OF CRIMINAL JUSTICE, Correctional Institutions Division, P.O. BOX 99, HUNTSVILLE, TEXAS 77342~~ **DIANE MICHELLE ZAMORA #814993, MOUNTAIN VIEW UNIT, 2305 RANSOM RD., GATESVILLE, TX 76528**

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: **WILLIAM STEPHENS, DIRECTOR, TEXAS DEPT. OF CRIMINAL JUSTICE, CID Division**

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
He approved my release from Protective Custody/Safekeeping & therefore, put my life in danger.

Defendant #2: **WARDEN MELODYE NELSON**

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Recommended my RELEASE from PC/Safekeeping & endangering my life.

Defendant #3: **WARDEN WHITNEY FRANKS**

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
RECOMMENDED MY RELEASE FROM PC/Safekeeping & endangering my life.

Defendant #4: **Ms. Ray, Bureau of Classification Representative**
~~Recommended my Release from PC/Safekeeping & endangering my life.~~

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
RECOMMENDED MY RELEASE FROM PC/Safekeeping & endangering my life.

Defendant #5: **BRAD LIVINGSTON**

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Approved my release from Protective Custody/Safekeeping & endangered my life.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On, November 18, 2015, Ms. Ray & Warden Franks held State Classification Committee & recommended my release from Protective Custody/Safekeeping. THIS decision was approved by Warden Nelson and forwarded to Huntsville for approval by Director William Stephens and Brad Livingston. On February 18, 2016, I was released from Protective Custody to General Population on the Hobby Unit (an unsafe enviroment). I am in fear for my life and am requesting emergency injunction relief to return to Protective Custody because of my high profile case.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I request emergency injunction relief to return to protective custody.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

DIANE MICHELLE ZAMORA

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

814993

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date sanctions were imposed:_____
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

C.  Has any court ever warned or notified you that sanctions could be imposed?    ____YES ✓NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: 2/18/16
             DATE

DIANE MICHELLE ZAMORA
_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___18th___ day of __FEBRUARY__, 20_16_.
            (Day)              (month)              (year)

DIANE MICHELLE ZAMORA
_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5



**Texas Department of Criminal Justice**

# STEP 2 OFFENDER GRIEVANCE FORM

FEB 1 2 2016

**OFFICE USE ONLY**
Grievance #: 2016046211
UGI Recd Date: 11.19.15
HQ Recd Date: DEC 28 2015
Date Due: 01.30
Grievance Code: 209
Investigator ID #: J2133
Extension Date: 3/10/16

Offender Name: Diane Zamora    TDCJ # 814993
Unit: Mountain View    Housing Assignment: E-#2
Unit where incident occurred: Mountain View

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because...*

I am appealing the Step 1 response. Warden Nelson's answer revealed no serious investigation. She does not even address that I fear for my safety and has not been candid with State Classification or her superiors about the true situation in protective/safekeeping. It was only on a recent (12-11-15) visit by Directors Guerrero and Director Brown that I heard Warden Franks explaining that we are separated into 2 groups in P.C. because we "don't get along". What about the OPI's filed and threats made against me and Inmate Saldivar? It should not surprise anyone that my "group" contains only 2 people (Saldivar and myself), the two highest profile inmates in the building & consequently the two requiring the highest degree of protection — EVEN from the other Safekeeping inmates. Yet, it made sense to recommend my removal from protective status? This administration has no concern for my safety & I appeal asking that a higher authority investigate the matter.

I-128 Front (Revised 9-1-2001)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Offender Signature: _____   Date: 12-18-15

Grievance Response:

Your grievance has been reviewed and noted. You are <u>currently</u> assigned S3/P6. Investigation revealed this issue was appropriately addressed at the Step 1 Level. No further action is warranted by this office.

T. Brown, ARD January 28, 2016

Signature Authority: _____   Date: _____

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 6. Inappropriate. *

CGO Staff Signature: _____

I-128 Back (Revised 9-1-2001)

**OFFICE USE ONLY**

<u>Initial Submission</u>       CGO Initials:_____
Date UGI Recd:_____
Date CGO Recd:_____
  (check one) ____Screened   ____Improperly Submitted
Comments:_____
Date Returned to Offender:_____

<u>2nd Submission</u>       CGO Initials:_____
Date UGI Recd:_____
Date CGO Recd:_____
  (check one) ____Screened   ____Improperly Submitted
Comments:_____
Date Returned to Offender:_____

<u>3rd Submission</u>       CGO Initials:_____
Date UGI Recd:_____
Date CGO Recd:_____
  (check one) ____Screened   ____Improperly Submitted
Comments:_____
Date Returned to Offender:_____

February 18, 2016

United States District Court
Western District of Texas
Waco Division
c/o District Clerk
800 Franklin Ave.
Room 380
Waco, Texas 76701

RECEIVED
FEB 2 4 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

Re: Diane Michelle Zamora v. William Stephens
    Civil No. W-15-CA-365

Dear Sir/Madam:

Enclosed please find the completed form requested by Judge Jeffrey C. Manske. The remaining balance of $395.00 will arrive by separate envelope shortly.
Thank you for your assistance in this most urgent matter.

Respectfully Submitted,

Diane Michelle Zamora

DIANE MICHELLE ZAMORA
TDCJ # 814993
HOBBY UNIT
742 FM 712
MARLIN, TX 76661-4685